# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 27, 2022

### NO. 03-21-00553-CR

**In re Keith Taylor**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order denying DNA testing entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying DNA testing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.